UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA

DEC 26 2007

MARY E. D'ANDREA, CLERK
Per _____

Jonathan Lee Riches©,
Plaintiff

1:07-CV-2320
CIVIL NO:

v.

Nicholas Berg d/b/a Berg Beheaded,
Termini Bros Bakery,
Defendants

Complaint

HANGING and Beheading my civil Rights / Termini is hurting me

Comes now the Plaintiff, Jonathan Lee Riches©, in pro-se, Moves under 42 USC 1983. I seek $10 million dollars. Berg plans to behead me in front of federal inmates in the middle of FCI Williamsburg for a New Years celebration because I found out about illegal practices and fraud Termini Bros Bakery is committing. Termini has been avoiding city taxes, and providing kickbacks to Vincent Fumo and Councilman Dicicco. Termini is in violation of the city trans fat ban, but is setting up front names to stay under the 4 store threshold. Berg is going to drag me out of solitary. Termini is to provide me with a last meal. Termini hires illegal immigrants that are felons to work at the bakery. I compel the government to look into this. I'm in danger. Termini is also to provide the knife. I want a restraining order.

Jonathan Lee Riches©
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, S.C. 29590
843-387-9400

Respectfully
Submitted

Jonathan Lee Riches©

FLORENCE SC 295
17 DEC 2007 PM 2 T

Name: Jonathan Lee Riches
Register Number: 40948-018
F.C.I. Williamsburg
Inmate Mail
P.O. Box 340
Salters, SC 29590

United States District Court
Middle District of Pennsylvania
Clerk of Court
228 Walnut St.
Harrisburg, PA 17108

17108+3800

Legal Mail